## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL PERITO** | : | **CIVIL ACTION NO.** |
| **VERSUS** | : | **JUDGE** |
| **ENTERGY CORPORATION AND ENTERGY SERVICES, INC.** | : | **MAGISTRATE JUDGE** |

### NOTICE OF REMOVAL

TO:    Michael Perito
        through his attorneys of record:
        Stephen M. Huber, Charles M. Thomas, and Logan S. Albertine
        Huber, Slack, Thomas & Marcelle, LLP
        1100 Poydras Street, Suite 2200
        New Orleans, LA 70163
        Telephone: (504) 274-2500
        Stephen@huberslack.com; Charlie@huberslack.com; Logan@huberslack.com

PLEASE TAKE NOTICE that Entergy Corporation and Entergy Services, Inc. (collectively, "Defendants") hereby file this Notice of Removal of that certain civil action titled "*Michael Perito v. Entergy Corporation and Entergy Services, Inc.*," now pending on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana, bearing Docket Number 17-10039, Div. D, to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446. Copies of this Notice of Removal are herewith served upon you as counsel of record for plaintiff, Michael Perito, and a copy of said Notice of Removal is being filed with the clerk of the aforesaid state court, in conformity with 28 U.S.C. § 1446(d).

Defendants respectfully represent that the grounds for removal are as follows:

1.

On or about October 17, 2017, Plaintiff filed a petition which is now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing Docket Number 17-10039, Div. D, which court is within the Eastern District of Louisiana.

2.

Thirty days have not expired since the receipt by Defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief arising under federal law. Entergy Corporation and Entergy Services, Inc. are the only defendants.

3.

The aforementioned petition alleges claims for breach of written and oral contracts, wrongful termination, and detrimental reliance, but the petition is replete with veiled references to Plaintiff's alleged entitlement to retirement benefits pursuant to an Entergy plan.[1]  In actuality, this suit, at least in part, is an appeal from an administrative denial of Plaintiff's claim for benefits under the System Executive Retirement Plan of Entergy Corporation and Subsidiaries (the "SERP"). Plaintiff, through his counsel in this lawsuit, initiated a claim for benefits under the SERP. (Exhs. 1–2) The SERP Claims Administrator rendered a determination that Plaintiff does not qualify for benefits under the SERP, which decision Plaintiff's counsel appealed. (Exh. 3) That decision was affirmed on appeal by the SERP Claims Appeal Administrator on October 24, 2017.

---

[1] *See, e.g.*, Petition, ¶ 9 ("Plaintiff was entitled to receive significant . . . benefits  . . . and was prevented from receiving such after his termination."); *id.*, ¶ 13 (". . . reasons provided for Mr. Perito's for cause termination . . . [are] not in accordance with Defendants' protocols, practices, and procedures."); *id.*, ¶ 15 ("Defendants entered into contracts to provide Plaintiff certain financial benefits . . . .");*id.*, ¶ 16 ("Defendants breached these contracts by failing to fulfill its[sic] terms. Mr. Perito . . . is entitled to receive the fair-market value of what was promised."); and *id.*, ¶ 22 ("Mr. Perito reasonably relied to his detriment on Defendants' agreements and assurances regarding his . . . retirement benefits.").

4.

Plaintiff's claims for benefits under the SERP is governed by federal law, specifically the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. § 1001, *et seq.* The SERP is an employee pension benefit plan as that term is defined by ERISA. *See* 29 U.S.C. § 1002.

5.

The above-described action is one over which this Court has original jurisdiction pursuant to 29 U.S.C. § 1132(e), as the United States District Courts have original jurisdiction over actions brought by participants or beneficiaries to recover benefits under an ERISA plan. Therefore, the United States District Court for the Eastern District of Louisiana has original federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. 1132(e), and this action may be removed to this Court pursuant to 28 U.S.C. § 1441. The removal of this action is not intended to waive any arguments, defenses, protections or objections defendants may have or be entitled to under federal or state law or rules of procedure.

6.

Plaintiff also asserts claims under the laws of the State of Louisiana. To the extent such claims relate to an employee benefit plan, they are preempted by ERISA. All other state law claims, if any, are so related to plaintiff's federal claims that they form part of the same case or controversy. Thus, this Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367.

7.

Filed herewith as Exhibit 4 are copies of all process, pleadings and orders served upon defendant.

8.

Promptly after this Notice of Removal is filed, written notice thereof will be given to all adverse parties and a copy of this Notice of Removal will be filed with the clerk of the aforesaid state court to effect the removal of this civil action to this Honorable Court as provided by law.

WHEREFORE, Defendants, Entergy Corporation and Entergy Services, Inc., pray that this Notice of Removal be accepted as good and sufficient, that the aforesaid complaint be removed from state court to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in said civil action from said state court, and thereupon proceed with this civil action as if it had originally been commenced in this Court.

Respectfully submitted,

**ENTERGY CORPORATION AND ENTERGY SERVICES, INC.**
Renee W. Masinter, Bar Roll No. 19831
639 Loyola Avenue, 22nd Floor
New Orleans, Louisiana 70113
Telephone: (504) 576-2266
E-mail: amasint@entergy.com

**PHELPS DUNBAR LLP**

BY:    */s/ Molly L. Csaki*
Susan W. Furr, T.A., Bar Roll No. 19582
Molly L. Csaki, Bar Roll No. 36426
II City Plaza • Suite 1100
400 Convention Street
Baton Rouge, Louisiana 70802
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
E-mail: Susie.Furr@phelps.com
         Molly.Csaki@phelps.com

ATTORNEYS FOR DEFENDANTS ENTERGY CORPORATION AND ENTERGY SERVICES, INC.

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Removal has been served on this 3rd day of November, 2017, to:

> Stephen M. Huber
> Charles M. Thomas
> Logan S. Albertine
> Huber, Slack, Thomas
>  & Marcelle, LLP
> 1100 Poydras Street, Suite 2200
> New Orleans, LA  70163

by United States Mail, properly addressed and postage prepaid, and e-mail.

*/s/ Molly L. Csaki*

PD.22583157.1