

Stephen M. Huber
Todd R. Slack[°]
Charles M. Thomas[°°]
Brian P. Marcelle
Gina M. Palermo
Logan Schonekas Albertine
J. Christopher Zainey, Jr.
Richard L. Olivier

[°] also admitted in TX
[°°] also admitted in TX & MS

January 20, 2017

*Via Email (amasint@entergy.com)*
Renee Masinter
Entergy Legal Services Department
P.O. Box 61000
New Orleans, LA 70113

RE:  Our Client:                Michael Perito
     Date of Firing for Cause:  October 31, 2016

Dear Ms. Masinter:

Thank you for speaking with me earlier this week. I'm looking forward to the opportunity to sit down with you and discuss this matter further. Prior to doing so, I believe that our conversation would be most productive if we had a better understanding as to why Mr. Perito was terminated for cause on October 31, 2016. Mr. Perito has not received any documents relating to this termination. Therefore, we ask that Entergy produce the following documents at your earliest convenience:

- Mr. Perito's employee/personnel file, including but not limited to any documents showing the reasons for his discharge;
- Any and all contracts or agreements that Mr. Perito has signed during his employment with Entergy.

Additionally, we ask that you please help us understand answers to the following questions that Entergy has not yet addressed with Mr. Perito regarding his termination:

- **Pension**: What are Mr. Perito's current pension benefits?

- **Supplemental Executive Retirement Program (SERP)**: What is the status of Mr. Perito's SERP benefits?

- **Healthcare**: What are Mr. Perito's continuing healthcare insurance options?

1100 Poydras Street, Suite 2200, New Orleans, LA 70163 | t 504 274 2500 | f 504 910 0838 | www.HuberSlack.com

EXHIBIT 1

Ms. Renee Masinter
January 20, 2017
Page -2-

- **2016 Benefits**: What is the status of Mr. Perito's 2016 incentive payment? Also, what is the status of Mr. Perito's 2016 unused vacation?

- **2017 Benefits**: We understand that Entergy agreed to pay Mr. Perito through January 31, 2017. Accordingly, what is the status of Mr. Perito's stock option awards that vested in January 2017 and any remaining unvested awards? What is the status of Mr. Perito's stock grant awards that vested in January 2017 and any remaining unvested awards? What is the status of any accrued 2017 benefits for Mr. Perito, such as vacation?

We appreciate your attention to this request. As always, please contact me if you have any questions relating to this matter. I will otherwise look forward to speaking with you soon.

With best regards, I remain

Sincerely,

Charles M. Thomas

CMT/slp