

ENTERGY SERVICES, INC.
639 Loyola Avenue
New Orleans, LA 70113

Jennifer A. Raeder, PhD
VP, HR – Total Rewards

February 10, 2017

**Via First Class U.S. Mail Delivery**

Charles M. Thomas, Esq.
Huber Slack Thomas & Marcelle
1100 Poydras Street
Suite 2200
New Orleans, Louisiana 70163

Re: Michael Perito's Claim for Benefits under the System Executive Retirement Plan of Entergy Corporation and Subsidiaries

Dear Mr. Thomas:

Renee Masinter, counsel for Entergy Services, Inc. ("ESI"), provided the Claims Administrator for the System Executive Retirement Plan of Entergy Corporation and Subsidiaries ("SERP") with a copy of your January 20, 2017 letter to her on behalf of Mr. Michael Perito, a former ESI employee whom you advise was terminated for cause from his ESI employment. In your letter, you inquire about the status of Mr. Perito's benefits under the SERP.

The Claims Administrator for the SERP is treating the inquiry in your January 20, 2017 letter as a claim for benefits under the SERP and has appointed me to administer Mr. Perito's claim for SERP benefits. Mr. Perito's claim for benefits is being administered in accordance with the claims procedure described in the SERP plan document, as amended, a copy of which is enclosed. In accordance with claims procedures, please provide me within 30 days of the date of this letter, or by March 13, 2017, any documents or other materials that you believe support Mr. Perito's claim for SERP benefits, and I will include them in the administrative record upon which the claim will be determined.

I will render a decision on Mr. Perito's benefits claim within 90 days of your January 20, 2017 letter, or by April 20, 2017, unless it is necessary for me to extend this deadline for up to an additional 90 days.

Sincerely,

Jennifer Raeder

cc: Mr. Michael Perito (w/encl.)

