

Stephen M. Huber
Todd R. Slack[°]
Charles M. Thomas[°°]
Brian P. Marcelle
Gina M. Palermo
Logan Schonekas Albertine
J. Christopher Zainey, Jr.
Richard L. Olivier

[°] also admitted in TX
[°°] also admitted in TX & MS

August 7, 2017

*Via Email* *jraeder@entergy.com*
Jennifer Raeder
Entergy Human Resources
639 Loyola Avenue
New Orleans, LA 70113

RE:   Michael Perito's Appeal of Entergy's decision denying SERP benefits

Dear Ms. Raeder:

We write to follow-up on our July 19, 2017 appeal letter sent to your office on behalf of Michael Perito. We ask that you confirm receipt of such letter and advise us as to who has been assigned as the claim appeal administrator on this matter. We ask that you provide a response by the end of this business week, so that we can be sure Mr. Perito's matter is being handled judiciously.

Sincerely,

Charles M. Thomas

CMT/lsa



EXHIBIT 3