MINUTE ENTRY
NORTH, M.J.
MARCH 12, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL PERITO | CIVIL ACTION |
| VERSUS | NUMBER: 17-11778 |
| ENTERGY CORPORATION, ET AL. | SECTION: "I"(5) |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

      PRESENT:    Logan Albertine    Renee Masinter
                         Charlie Thomas    John Cerise

Negotiations were productive but unfortunately no resolution of Plaintiff's claims could be achieved at this time.  Further negotiations will proceed telephonically.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (01:55)