MINUTE ENTRY
NORTH, M.J.
MARCH 15, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL PERITO                                    CIVIL ACTION

VERSUS                                            NUMBER: 17-11778

ENTERGY CORPORATION, ET AL.                       SECTION: "I"(5)

    As a result of ongoing negotiations among the Court and the parties, a settlement agreement was reached in the above matter.

    The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE LANCE M. AFRICK

MJSTAR (00:20)