```
                  UNITED STATES  DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA


MICHAEL PERITO                       CIVIL ACTION NO. 17-11778

versus                               SECTION: "I"(2)

ENTERGY CORPORATION, ET AL
```

This Court has been advised that the above-captioned case has settled. U.S. Magistrate Judge Michael North and counsel are thanked for their assistance.

New Orleans, Louisiana, this 15th day of March, 2018.

```
                              _____
                              LANCE M. AFRICK
                              UNITED STATES DISTRICT JUDGE
```