MINUTE ENTRY
NORTH, M.J.
MAY 7, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL PERITO | CIVIL ACTION |
| VERSUS | NUMBER: 17-11778 |
| ENTERGY CORPORATION, ET AL. | SECTION: "I"(5) |

The materials terms of the settlement agreement that was previously reached in this matter were memorialized on the record telephonically (Court Reporter: Mary Thompson).

PARTICIPATING:   Charlie Thomas    Renee Masinter

The Court thanks counsel and the parties for their perseverance in bringing this matter to an amicable resolution.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE LANCE M. AFRICK

MJSTAR (00:10)